AO-WAWD 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| Cynthia McKinney<br>*Plaintiff*<br>v.<br>H&P Capital, Inc., Noel Pooler and Gary Henrion<br>*Defendant* | Civil Action No. C11-752 JCC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Noel Pooler
7960 Baymeadows Way, Ste. 300
Jacksonville, FL 32257

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or ___ days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/04/2011

s/ Paula McNabb
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. C11-752 JCC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* __Noel Pooler__
was received by me on *(date)* __June 3, 2011__.

☒ I personally served the summons on the individual at *(place)* __7960 Baymeadows Way #300, Jacksonville, Fl 32256__ on *(date)* __9/16/11 @ 9:50AM__

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: _____

_[signature]_
Server's signature

Margaret Schedel #106
Printed name and title

729 Parker St Jay, Fl 32260
Server's address

Additional information regarding attempted service, etc: