# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **CYNTHIA MCKINNEY**, | Case No. 2:11-cv-00752-JCC |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| **H&P CAPITAL, INC., NOEL POOLER AND GARY HENRION,** | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Notice of Settlement - 1

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Dated this 2nd day of February, 2012.

<u>s/Jon N. Robbins</u>
Jon N. Robbins
WEISBERG & MEYERS, LLC

Filed electronically on this 2nd day of February, 2012, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 2nd day of February, 2012 to:

Steve Dunn
The Dunn Law Firm
Attorney for Defendants Pooler & Henrion
5420 LBJ Freeway
Suite 577
Dallas TX 75240

And

Stephen A. Bernheim
Attorney at Law
Attorney for Defendant H&P Capital, Inc. d/b/a HP & Associates
512 Bell Street
Edmonds WA 98020

By: <u>s/Dana Patch</u>
   Dana Patch

Notice of Settlement - 2

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com