THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9   CYNTHIA MCKINNEY,                          CASE NO. C11-752 JCC

10                           Plaintiff,        ORDER

11            v.

12   H&P CAPITAL, INC.,

13                           Defendant.

14

15        This matter comes before the Court on Plaintiff's response to the order to show cause.

16   (Dkt. No. 27.) In the response, Plaintiff moves the Court to dismiss Defendant Gary Henrion

17   pursuant to FRCP 41(a)(2). Plaintiff states that Defendants do not object to the dismissal. The

18   motion is GRANTED. Plaintiff's claims against Defendant Gary Henrion are DISMISSED

19   without prejudice.

20        DATED this 11th day of April 2012.

21
22
23
24
25
26

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1