Judge John C. Coughenour

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

### AT SEATTLE

| | |
|---|---|
| **CYNTHIA MCKINNEY**, | ) Case No. 2:11-cv-00752-JCC |
| | ) |
| Plaintiff, | ) **STIPULATION TO DISMISS WITH** |
| | ) **PREJUDICE PURSUANT TO** |
| vs. | ) **SETTLEMENT** |
| | ) |
| **H&P CAPITAL, INC., NOEL POOLER** | ) NOTE ON MOTION CALENDAR: |
| **AND GARY HENRION,** | ) **July 13** (2nd Friday from file date) |
| | ) |
| Defendants. | ) |

Defendants having tendered Plaintiff's a settlement check, the parties to the above captioned action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed with prejudice without fees or costs to either party, all fees and costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

>>

STIPULATION FOR DISMISSAL

1

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

The parties further request the Court vacate the hearing set for July 3, 2012.

Dated this 29th day of June, 2012.

| For Plaintiff, Cynthia McKinney | For Defendants, Noel Pooler and Gary Henrion |
|---|---|
| s/ Jon N. Robbins | s/ Steve Dunn |
| Weisberg & Meyers, LLC | The Dunn Law Firm |

Filed electronically on this 29th day of June, 2012, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 29th day of June, 2012 to:

Steve Dunn
The Dunn Law Firm
Attorney for Defendants Pooler & Henrion
5420 LBJ Freeway
Suite 577
Dallas TX 75240


By: s/ Dana Patch
       Dana Patch

STIPULATION FOR DISMISSAL
2

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com