THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNTHIA MCKINNEY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>H&P CAPITAL, INC.,<br><br>　　　　　　Defendant. | CASE NO. C11-752 JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulation of dismissal. The stipulation is GRANTED. The above action is DISMISSED with prejudice and without fees or costs to either party.

DATED this 2nd day of July 2012.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ John C. Coughenour
　　　　　　　　　　　　　　　　　　　　　　　　John C. Coughenour
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1